

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2016

No. 04-16-00451-CR

Ex Parte Ramon **SALAZAR**, Jr.,
Appellant

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4942B
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

It appears from the record that appellant seeks to appeal the denial of bond pursuant to article I, section 11a of the Texas Constitution. The Court of Criminal Appeals has exclusive jurisdiction over denial of bonds under this section of the Texas Constitution. *Clapp v. State*, 639 S.W.2d 949, 952 (Tex. Crim. App. 1982). Appellant is therefore ORDERED to show cause within two weeks from the date this order is signed why this appeal should not be dismissed for want of jurisdiction.

In addition, it appears appellant's notice of appeal is not timely filed. *See Ex parte Matthews*, 452 S.W.3d 8, 10–11 (Tex. App.—San Antonio 2014, no pet.). "A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction." *Olivo v. State,* 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *accord Castillo v. State,* 369 S.W.3d 196, 198 (Tex. Crim. App.2012). Generally, a defendant has thirty days from the date of an appealable order to file a notice of appeal. *See* Tex. R. App. P. 26.2(a)(1); *Olivo,* 918 S.W.2d at 522; *Green v. State,* 999 S.W.2d 474, 476 (Tex.App.—Fort Worth 1999, pet. ref'd). "If a notice of appeal is not timely filed, the court of appeals has no option but to dismiss the appeal for lack of jurisdiction." *Castillo,* 369 S.W.3d at 198; *see Olivo,* 918 S.W.2d at 522.

It is therefore ORDERED that appellant show cause in writing within two weeks from the date this order is signed why this appeal should not be dismissed for lack of jurisdiction.

_____
**Jason Pulliam, Justice**

**IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2016.**



_____

**Keith E. Hottle**
Clerk of Court